UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YING LI,<br><br>             Plaintiff,<br><br>     v.<br><br>MULTICULTURAL RADIO<br>BROADCASTING, INC.,<br><br>             Defendant. | ECF CASE<br><br>No.: 1:20-cv-6465 (MKV) |

<u>STIPULATION OF DISMISSAL</u>

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

dismiss this entire action without prejudice, resolving all matters in dispute having been

made and each party bearing her/its own fees and costs.

Dated:  March  25, 2021
            New York, New York


_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: March      2021
            New York, New York


_____
Douglas J. Pick
PICK & ZABICKI LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
dpick@picklaw.net
212.695.6000
*Attorneys for Defendant*